COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Shamrock Management, LLC v. Dune Energy, Inc.

Appellate case number:   01-14-00225-CV

Trial court case number:  CV-0059024-A

Trial court:             County Court at Law No 1 of Galveston County

On August 29, 2014, the parties to this appeal filed a Joint Motion to Abate. The motion is **GRANTED**. This appeal is abated until October 30, 2014. The parties are **ORDERED** to file either a joint motion to dismiss the appeal or a mediation status update by that date, should a settlement not be reached.

Judge's signature: /s/ Rebeca Huddle
                   X  Acting individually     ☐  Acting for the Court

Date:  September 2, 2014